JUDGE KRAM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE       MAY 3 1 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

    - v. -

DWAYNE MAYES,

           Defendant.

- - - - - - - - - - - - - - - - - -x

INDICTMENT

07 Cr.

**07CRIM 488**

## COUNT ONE

    The Grand Jury charges:

    1.  From in or about March 1998, through in or about January 2006, in the Southern District of New York and elsewhere, DWAYNE MAYES, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to his own use money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to his own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, MAYES received approximately $41,166 in federal housing subsidies, to which he was not entitled, through fraud and deceit.

    (Title 18, United States Code, Section 641.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DWAYNE MAYES,

Defendant.

**INDICTMENT**

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

05/31/07 JLC:
Post 1/1/87 indictment filed.
Assigned to Judge Kram.

Peck, M.J.