DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/07

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

## MEMORANDUM ENDORSED

June 6, 2006

RECEIVED
JUN 06 2007
JUDGE S. W. KRAM
CHAMBERS

Honorable Shirley Wohl Kram (By FAX)
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   United States v. Dwayne Mayes
            07 Cr. 488 (SWK)

Dear Judge Kram:

    The defendant was arraigned today before Magistrate Judge Dolinger. The Government intends to produce discovery by June 14, 2007. The Government therefore respectfully requests that the Court exclude time under the Speedy Trial act until Tuesday, June 19, 2007, in order to allow the defendant to review discovery and to allow the parties time to engage in a possible resolution of the case. I have been advised by Mr. Xavier Donaldson, counsel for the defendant, Dwayne Mayes, that Mr. Mayes consents to the exclusion of time until June 19, 2007.

*[Handwritten endorsement:]* Application granted. In the interests of justice time under the Speedy Trial Act is excluded until June 19, 2007.

Respectfully yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
RANDALL W. JACKSON
Assistant United States Attorney
Tel: (212) 637-1029
Fax: (212) 637-2937

SO ORDERED
_____
JUDGE SHIRLEY WOHL KRAM
U.S.D.J.

Dated: June 6, 2007
New York, NY

cc: Xavier Robert Donaldson
    Donaldson, Chilliest & McDaniel, LLP
    103 East 125th Street
    New York, NY 10035
    Phn:(212)-722-4900
    Fax:(212)-722-4966

TOTAL P.02