

**RECEIVED**

JUN 21 2007

JUDGE S. W. KRAM
CHAMBERS

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*

**MEMORANDUM ENDORSED**

June 21, 2006

Honorable Shirley Wohl Kram (By FAX)
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/07
```

Re:  United States v. Dwayne Mayes
     07 Cr. 488 (SWK)

Dear Judge Kram:

The Court previously excluded time under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., in this case until June 19, 2007. The parties are continuing to engage in discussions as to a possible resolution of the case. The Government therefore respectfully requests that the Court exclude time under the Speedy Trial act until Tuesday, July 31, 2007, in the interests of justice.

*In the interests of justice, time is excluded under the Speedy Trial Act until July 9, 2007. If this case has not been reassigned to another judge by that date, the Court will entertain further applications for the exclusion of time.*

Respectfully yours,

MICHAEL J. GARCIA
United States Attorney

By: _____
RANDALL W. JACKSON
Assistant United States Attorney
Tel: (212) 637-1029
Fax: (212) 637-2937

cc: Xavier Robert Donaldson
    Donaldson, Chilliest & McDaniel, LLP
    103 East 125th Street
    New York, NY 10035
    Phn:(212)-722-4900
    Fax:(212)-722-4966

**SO ORDERED**

JUDGE SHIRLEY WOHL KRAM
U.S.D.J.
Date: June 22, 2007
New York, NY