

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

## MEMORANDUM ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: July 11, 2007

July 10, 2007

**RECEIVED**
JUL 10 2007
JUDGE S. W. KRAM
CHAMBERS

Honorable Shirley Wohl Kram (By FAX)
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:  <u>United States v. Dwayne Mayes</u>
         07 Cr. 488 (SWK)

Dear Judge Kram:

    The Court previously excluded time under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., in this case until July 9, 2007. The parties are continuing to engage in discussions as to a possible resolution of the case. The Government therefore respectfully requests that the Court exclude time under the Speedy Trial act until Wednesday, August 8, 2007, in the interests of justice. I have been advised by Mr. Xavier Donaldson, counsel for the defendant, Dwayne Mayes, that Mr. Mayes consents to the exclusion of time until August 8, 2007.

*Application granted. Time under the Speedy Trial Act is excluded until August 8, 2007.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
RANDALL W. JACKSON
Assistant United States Attorney
Tel: (212) 637-1029
Fax: (212) 637-2937

cc:  Xavier Robert Donaldson
     Donaldson, Chilliest & McDaniel, LLP
     103 East 125th Street
     New York, NY 10035
     Phn:(212)-722-4900
     Fax:(212)-722-4966

**SO ORDERED**
_____
JUDGE SHIRLEY WOHL KRAM
U.S.D.J.
Dated: New York, New York
July 11, 2007

COPIES MAILED

TOTAL P.02