MEMO ENDORSED

Xavier R. Donaldson
Anthony S. Chilliest
Erika McDaniel Edwards*
*Member NY, NJ & GA Bar

**DONALDSON, CHILLIEST & MCDANIEL, LLP**
Attorneys at Law
103 East 125th Street, Suite 1102
New York, New York 10035
Telephone (212) 722-4900
Facsimile (212) 722-4966

Otoro Thaddeus Wells
Thomas B. Donaldson
Of Counsel

622 Bloomfield Avenue, lower level
Bloomfield, New Jersey 07003
(973) 743-4700

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

November 15, 2007

VIA FACSIMILE 212-805-7910

Honorable Lewis A. Kaplan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

NOV 15 2007

Re:  *United States v. Dwayne Mayes*
     07 Cr. 488 (SWK)

Dear Judge Kaplan:

   I represent Dwayne Mayes in the above referenced matter. I write to request the court's permission for Mr. Mayes to travel to Capron, Virginia today November 15th 2007 and returning November 18, 2007. The purpose of Mr. Mayes travel is to attend the funeral of his Aunt, Hope Walls. Ms. Walls was extremely close to Mr. Mayes and played an instrumental part in Mr. Mayes rearing and healing. Mr. Mayes will be staying with family at 23119 Angelico Road, Capron, Virginia 23829. The funeral will be held on Friday, November 16, 2007 at Pine Level Baptist Church in Capron, Virginia. I have not received a response from the Government related to this request.

   If there are any questions or additional information needed, please contact me.

Sincerely,

Xavier R. Donaldson

cc: AUSA Randall Jackson

*Traveled on consent*

SO ORDERED
LEWIS A. KAPLAN, USDJ
11/16/07



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2007

Honorable Lewis A. Kaplan (By FAX)
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:  United States v. Dwayne Mayes
            07 Cr. 488 (LAK)

Dear Judge Kaplan:

    The Government has been notified that the defendant requests a modification of the terms of his bail conditions that would allow him to travel outside of the Southern and Eastern Districts of New York between November 15, 2007 and November 19, 2007. The Government has no objection to the defendant's request.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney

                By: _____
                      RANDALL W. JACKSON
                      Assistant United States Attorney
                      Tel: (212) 637-1029
                      Fax: (212) 637-2937

cc:  Xavier Robert Donaldson
     Donaldson, Chilliest & McDaniel, LLP
     103 East 125th Street
     New York, NY 10035
     Phn: (212)-722-4900
     Fax: (212)-722-4966